UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOR SHAFIR,<br><br>        Plaintiff,<br><br>    v.<br><br>AEGIS WHOLESALE CORPORATION, et al.,<br><br>        Defendants. | No. 1:14-cv-00957---SKO<br><br>**ORDER DIRECTING CLERK OF COURT TO ADMINISTRATIVELY CLOSE CASE** |

     On August 20, 2014, Plaintiff filed a notice voluntarily dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

     In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action with a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

Pursuant to Rule 41, "[t]he plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Here, no Defendant has filed an answer or a motion for summary judgment.  Therefore, Plaintiff is entitled, as a matter of right, to dismiss the entire action without prejudice, even though a motion to dismiss is currently pending. *Miller v. Reddin*, 422 F.2d 1264, 1266 (9th Cir. 1970). Plaintiff's notice of dismissal automatically terminated this case with no further action from the Court.  *Am. Soccer Co., Inc. v. Score First Enterprises*, 187 F.3d 1108, 1110 (9th Cir. 1999).

Accordingly IT IS HEREBY ORDERED that the Clerk of the Court is to administratively close this case.

IT IS SO ORDERED.

Dated:   **August 22, 2014**                                   **/s/ Sheila K. Oberto**
                                                                                                UNITED STATES MAGISTRATE JUDGE